**CHAPTER 13 PLAN**     CASE NO.:__

**DEBTOR(S):** Valeisa Crenshaw     ss# xxx-xx-9578_____

_____ ss#_____

**NET MONTHLY EARNINGS: $438.00**
**NUMBER OF DEPENDENTS: 2**

I. Plan Payments:
   ( ) Debtor(s) proposes to pay a periodic payment of $_____ weekly, biweekly, semi-monthly, monthly into the plan; or.

   ( X ) Payroll deduction order to: USPS 351 24th ST N Birmingham, Al 35203     for $203.00 biweekly into the plan;.

Length of plan is 36 months, and the total amount of debt to be paid through the plan is $14472.00

 X  Chapter 13 case filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See 11 U.S.C. § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

   B. Total ATTORNEY FEE $3000.00. $400.00 to be paid at confirmation, $300.00 to be paid for 3 months, and $120.00 monthly until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. **Long Term Debts:**

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid by the Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|
| None | | | | | | |

2. **Secured Debts (not long term debts) to be paid through Trustee:**

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Bridgecrest | None | $5700.00 | $7500.00 | None | 2010 Nissan Maxima | 5.5% | $204.00 | 3/2018 |
| Purchasing Power | $12.00 | $1485.00 | $1200.00 | $285.00 | Electronics | 5.5% | $54.00 | 3/2018 |

III. Other Debts (not shown in 1. or 2. Above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

IV. **Special Provisions (check all applicable boxes):**

- This is an original plan.
  This is an amended plan replacing plan dated
- This plan proposes to pay unsecured creditors pro rata (see special provisions)
- Debtor **assumes** lease and/or executory contract with Robert Cunningham
- Other provisions:
  1. Holders of filed and allowed non priority unsecured claims shall receive a pro rata share (Pot Plan) of $3800.00 through the distribution of the Debtor(s)' Chapter 13 Plan.
  2. Attorney fees for attorney for Debtor(s) shall be paid with monthly fixed payments pursuant to Administrative Order 16-02.
  3. Payments made by the Debtor for bankruptcy filing fees or other court costs, or for Adequate Protection Payments, shall be credited toward Chapter 13 plan payments due for the month in which such payment was made.

Name/Address/Telephone/Attorney for Debtor (s):     Dated: September 8, 2017
Joe Erdberg, Attorney
Jaffe & Erdberg, PC
205 20th St No, Ste 817     Signature of Debtor: /s/ Valeisa Crenshaw
Birmingham, AL 35203
Telephone # 205-333-3333     Signature of Debtor:_____